IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES "JIM" CORNETTE, | ) | Case No. 3:19-219 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| | ) | |
| BRANDON GRAVER, WILLIAM J. MOLNAR, JR, *individually and d/b/a/* THE INDY CONNECTION, and THE INDY CONNECTION, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 22nd day of April, 2020, upon consideration of Plaintiff James "Jim" Cornette's Request for Entry of Default (ECF No. 49), and in light of Defendants Brandon Graver, William J. Molnar, Jr., and The Indy Connection, Inc., having filed their Answer (ECF No. 50), **IT IS HEREBY ORDERED** that the Request is **DENIED AS MOOT.**

BY THE COURT:

_Kim R. Gibson_
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE