IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES "JIM" CORNETTE,

      Plaintiff,                          Civil Action No.: 3:19-cv-00219

vs.

BRANDON GRAVER, WILLIAM J.
MOLNAR, JR., *individually and d/b/a*
THE INDY CONNECTION, and THE
INDY CONNECTION, INC.

      Defendant.

## MOTION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, James "Jim" Cornette, and Defendants, Brandon Graver, William J. Molnar, *individually and d/b/a* The Indy Connection, and The Indy Connection, Inc., stipulate and agree to dismissing the instant action with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Stephen P. New, Esquire
STEPHEN P. NEW, ESQUIRE (*WV #7756*)
*Admitted Pro Hac Vice*
New, Taylor & Associates
101 N. Kanawha Street, Suite 302
Beckley, WV 25801
(304) 250-6017
steve@newlawoffice.com

and

Robert P. Dunlap, II (PA Bar #92381)
208 Main Street
Beckley, WV 25801
204-255-4762 (P)
204-255-4760 (F)
robertdunlapesq@gmail.com
*Counsel for Plaintiff*

By: /s/ Max Petrunya
MAX PETRUNYA, ESQUIRE
Pa. I.D. No.: 309122
MAX PETRUNYA, P.C.
5 Bayard Rd., Unit 917
Pittsburgh, PA 152113
 (412) 720-3497
maxpetrunyapc@gmail.com
*Counsel for Defendants*