IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES "JIM" CORNETTE,

    Plaintiff,

vs.

BRANDON GRAVER, WILLIAM J. MOLNAR, JR., *individually and d/b/a* THE INDY CONNECTION, and THE INDY CONNECTION, INC.,

    Defendants.

Civil Action No.: 3:19-cv-00219

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the parties Joint Motion for Dismissal, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to Federal Rule of Civil Procedure 41 (a)(2), this action is dismissed with prejudice and without costs pursuant to the parties' agreement.

BY THE COURT:

_____
The Honorable Kim J. Gibson